NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAY 30 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS FRANCISCO GAMEZ CASTELLANOS, AKA Luis Gamez, | No. 15-73089 |
| Petitioner, | Agency No. A094-831-665 |
| v. | MEMORANDUM* |
| JEFFERSON B. SESSIONS III, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2017**

Before:     THOMAS, Chief Judge, and SILVERMAN and RAWLINSON,
Circuit Judges.

Luis Francisco Gamez Castellanos, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' order dismissing his

appeal from an immigration judge's decision denying his application for

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Temporary Protected Status ("TPS").  We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, and review for abuse of discretion the denial of a motion for a continuance.  *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009).  We deny the petition for review.

Substantial evidence supports the agency's determination that Gamez Castellanos failed to provide sufficient testimonial and documentary evidence to establish his continuous residence in the United States since February 13, 2001, which rendered him ineligible for TPS.  *See* 8 U.S.C. § 1254a(c)(1)(A)(ii); Designation of El Salvador Under Temporary Protected Status Program, 66 Fed. Reg. 14,214 (Mar. 9, 2001).

The agency did not abuse its discretion in denying Gamez Castellanos' request for an additional continuance where he did not demonstrate good cause. *See* 8 C.F.R. § 1003.29; *Ahmed*, 569 F.3d at 1012 (factors considered in determining whether the denial of a continuance constitutes an abuse of discretion include the reasonableness of the immigrant's conduct and the number of continuances previously granted).

**PETITION FOR REVIEW DENIED.**

15-73089